159 A.3d 431

IN THE MATTER OF DENISE TAMARA FISCHER, A/K/A
DENISE TAMARA HERMAN, AN ATTORNEY AT
LAW (ATTORNEY NO. 010801987)

May 4, 2017

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 16–062, concluding that as a matter of reciprocal discipline pursuant to *Rule* 1:20–14(a)(E), **DENISE TAMARA FISCHER, A/K/A DENISE TAMARA HERMAN,** of **REDING-TON SHORES, FLORIDA,** who was admitted to the bar of this

State in 1987, and whose license was administratively revoked pursuant to *Rule* 1:28–2(c) because of her administrative ineligibility for seven consecutive years, should be reprimanded based on discipline imposed in the state of Florida for conduct that in New Jersey violates *RPC* 8.1(b)(failure to respond to respond to a lawful demand for information from a disciplinary authority), and good cause appearing;

It is ORDERED that **DENISE TAMARA FISCHER, A/K/A DENISE TAMARA HERMAN,** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.